UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABRAHAM THOMAS,

    Plaintiff,

v.

UNITED STATES POSTAL OFFICE.,

    Defendant.
_____/

Case No. 22-cv-11506

U.S. District Court Judge
Gershwin A. Drain

## ORDER REFERRING PLAINTIFF FOR APPOINTMENT OF COUNSEL AND STAYING CASE

Plaintiff Abraham Thomas initiated this cause of action against his employer, the United States Postal Service (USPS) for employment discrimination. ECF No. 1. Specifically, he alleges USPS has discriminated against him based on his race or nation origin, failed to accommodate his disability, and retaliated against him for filing complaints about these issues. *Id.* at PageID.5. Along with his Complaint, Plaintiff filed an Application to Proceed without Prepaying Fees or Costs, ECF No. 2, which the Court granted. ECF No. 7.

Upon review of the Complaint, the Court has determined that Plaintiff would benefit from the assistance of counsel. *See Berndt v. State of Tenn.*, 796 F.2d 879,

1

883 (6th Cir. 1986) ("There may be situations where the district court should *sua sponte* appoint counsel."). Thus, the Court will endeavor to obtain pro bono counsel for Plaintiff.

Accordingly, **IT IS HEREBY ORDERED** that this matter is referred to the Court's *pro bono* counsel program for the appointment of counsel. The case will be **STAYED** for a period of thirty days, not including service, while the Court attempts to obtain *pro bono* counsel. If *pro bono* counsel is not obtained within thirty days, the stay will be lifted, and Plaintiff will proceed *pro se*.

**IT IS SO ORDERED**.

/s/ Gershwin Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: January 27, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 27, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

2