UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABRAHAM THOMAS,

       Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

       Defendant.
_____/

Case No. 2:22-cv-11506
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

### INFORMATION FOR *PRO SE* LITIGANTS

1. Neither party is allowed to engage in *ex parte* communication with Judge Patti or his staff. Along the same lines, parties generally should not call chambers, unless the opposing parties are also on the line.

2. Parties should ONLY come to Judge Patti's chambers when there is a scheduled event. Judge Patti will not hold unscheduled meetings or conferences.

3. You are required to follow the Federal Rules of Civil Procedure and the Eastern District of Michigan Local Rules throughout the litigation process. The rules, and additional help for *pro se* litigants, can be accessed online via https://www.mied.uscourts.gov/index.cfm?pageFunction=proSe.

4. YOU MUST PROMPTLY INFORM THE COURT IN WRITING AS TO ANY CHANGE OF ADDRESS. *See* E.D. Mich. LR 11.2 ("Failure to Provide Notification of Change of Address"). FAILURE TO DO SO MAY RESULT IN YOUR CASE BEING DISMISSED.

5. Settlement statements are to be delivered to chambers only, in paper or by email to Judge Patti's case manager, but should not be filed on the

      Court docket.  All other motions or responses need to be filed on the docket, or they will not be considered.

6. <u>All parties, regardless of whether they are represented by counsel, are expected to abide by the rules and guidelines identified above.  No one in the Courthouse can provide you with legal advice, including Judge Patti, his staff, Clerk's Office staff, or another party's attorney.  If you need the assistance of an attorney, you must retain one on your own.</u>  **There is a Federal *Pro Se* Legal Assistance Clinic operated in the Courthouse by the University of Detroit-Mercy School of Law.**  **To determine if you are eligible for assistance, you may contact the Federal *Pro Se* Legal Assistance Clinic at (313) 234-2690 or at [proseclinic@udmercy.edu](mailto:proseclinic@udmercy.edu).**

Dated: November 14, 2024

                                                 Anthony P. Patti
                                                 UNITED STATES MAGISTRATE JUDGE